```
WILLIAM D. WICK (State Bar No. 063462)
ANNA L. NGUYEN (State Bar. No. 226829)
WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland CA 94612-3572
Telephone:   (510) 465-5750
Facsimile:   (510) 465-5697

Attorneys for Defendant
CANYON ROCK COMPANY, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CANYON ROCK COMPANY, INC.; RIVER READY MIX, INC.; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. C 04-04670 JSW<br><br>**STIPULATION FOR EXTENSION OF DEADLINE FOR CONDUCTING MEDIATION AND [PROPOSED] ORDER**<br><br>Judge: Honorable Jeffrey White<br>Court: Courtroom 2 |

The parties to the above-entitled action jointly submit this Stipulation and [Proposed] Order Extending the Deadline for Conducting Mediation, and request the Court to adopt the [Proposed] Order.

WHEREAS, Helen H. Kang has been appointed as the mediator for this case;

WHEREAS, the parties conferred with Ms. Kang in a pre-session telephone conference, and agreed that completion of key discovery would facilitate settlement;

WHEREAS, the parties have made progress in conducting discovery, but the key discovery cannot be completed prior to the original tentative mediation date of

1 | September 9, 2005, or by the Court's deadline of September 16, 2005 for completing
2 | mediation;

3 |     WHEREAS, the parties seek a 45-day extension of the deadline for completing
4 | mediation, to October 31, 2005; and

5 |     WHEREAS, such extension will not otherwise affect the other dates and deadlines
6 | set in this case;

7

8 |     THEREFORE, Plaintiff and Defendant jointly stipulate to and propose a 45-day
9 | extension of the mediation deadline.

10

11
12 | Dated: August 31, 2005     _[signature]_
    Jack Silver
13 |     Attorney for Plaintiff
    NORTHERN CALIFORNIA RIVER WATCH

14
15 | Dated: 8.31.05     _[signature]_
16 |     William D. Wick
    Attorney for Defendant
    CANYON ROCK COMPANY, INC.

# [~~PROPOSED~~] ORDER

The parties shall complete court-connected mediation by October 31, 2005.

Dated: September 1, 2005

*/s/ Jeffrey S. White*
_____
**HONORABLE JEFFREY S. WHITE**
**UNITED STATES DISTRICT JUDGE**
by Hon. Phyllis J. Hamilton