IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA RIVER WATCH,

    Plaintiff,

  v.

CANYON ROCK COMPANY, et al.

    Defendants.
_____/

No. C 04-04670 JSW

**ORDER REQUIRING STATUS REPORT FOLLOWING SETTLEMENT**

On November 1, 2005, the mediator in this matter filed an ADR Certification indicating that the matter had settled. The Court HEREBY ORDERS the parties to file a Joint Status Report by November 28, 2005, advising the Court of the status of finalizing the settlement and when the matter shall be dismissed.

**IT IS SO ORDERED.**

Dated: November 15, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE